ROBERTSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App.P.; Rule 54(d), Ala.R.Civ.P.; §§ 22-3-2(1), 22-28-20(a), 22-28-23(b), 36-12-41, and 41-22-3(1), Ala.Code 1975; Anderson v. Fayette County Bd. of Educ., 738 So.2d 854 (Ala.1999); Hope v. Brannan, 557 So.2d 1208 (Ala.1989); Advertiser Co. v. Auburn Univ., 579 So.2d 645 (Ala.Civ.App.1991); and 240 Ala.Op.Atty.Gen. 17 (1995).
YATES and MONROE, JJ., concur.
CRAWLEY and THOMPSON, JJ., dissent.